United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Antonio L. Green, Plaintiff, )<br>)<br>v. )<br>)<br>Franklin Pineda and others, )<br>Defendants. ) | Civil Action No. 19-cv-22444-Civ-Scola |

### Order Regarding Magistrate's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On August 26, 2020, Judge Reid issued a report and recommendation (Rep. & Rec., ECF No. 41) after screening pro se prisoner Plaintiff Antonio L. Green's second amended complaint (2nd Am. Compl., ECF No. 35) under 28 U.S.C. § 1915A. Thereafter, this case was reassigned to this Court upon the direction of United States District Court Judge Federico A. Moreno. (ECF No. 42.) Judge Reid concludes the following claims should proceed:

1. against Defendant Officer Franklin Pineda for his use of excessive force;

2. against Defendant Sergeant Burton for her failure to intervene in Pineda's alleged use of excessive force;

3. against Defendant Major Green for her failure to intervene in Pineda's alleged use of excessive force and for her deliberate indifference to a risk of serious harm regarding the alleged assault by the cell extraction team.

(Rep. & Rec. at 2–3.) Judge Reid also recommends that Plaintiff Green's claims against Sergeant John Doe #2 and John Does #3 through #8, for both their purported use of excessive force and failure to intervene, both while Plaintiff Green was in the medical room, be dismissed without prejudice, with leave to amend solely to substitute the John Does with the actual name of a particular defendant. (*Id.* at 3.) Similarly, Judge Reid further recommends that Green's claims for punitive damages for these claims be dismissed without prejudice as well. Finally, Judge Reid recommends granting Green's motion requesting service of process on Defendants Major Green and Sergeant Burton (ECF No. 37.) No objections have been filed and the time to do so has passed. After review, the Court **adopts** Judge Reid's report and recommendation (**ECF No. 41**), with a minor modification as explained below.

The Court agrees with Judge Reid that the claims against the three

Defendants, listed above, should proceed. The Court also agrees that the claims against the other Defendants—Sergeant John Doe #2 and John Does #3 through #8—should be dismissed without prejudice, subject to Green's timely seeking to amend his complaint to include the actual names of the particular Defendants. Should Green seek to do so, as advised by Judge Reid, he must substitute the properly named Defendants prior to the expiration of the limitations period for his claims.

Judge Reid also recommends that Green's motion requesting service on Major Green and Sergeant Burton (ECF No. 37) be granted. Since this motion is not case dispositive, however, the Court **deems** Judge Reid's purported recommendation an order **granting** Green's motion (**ECF No. 37**). Any matters regarding service on these two Defendants remains referred to Judge Reid.

The Clerk is directed to reactivate Defendants Major Green and Sergeant Burton on the docket.

The Clerk is further directed to **mail** a copy of this order to the Plaintiff at the address indicated on the docket.

**Done and ordered** at Miami, Florida, on September 22, 2020.

_____
Robert N. Scola, Jr.
United States District Judge