UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-22444-SCOLA/VALLE

ANTONIO L. GREEN,

    Plaintiff,

v.

FRANKLIN PINEDA,
Correctional Officer, Dade
Correctional Institution,
*et al.*,

    Defendants.

_____/

## ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE

This matter is set for a telephonic Settlement Conference at **10:00 a.m. on November 10, 2021**, before Magistrate Judge Alicia O. Valle. *See* (ECF No. 140).[1] The parties shall enter their appearances using the following dial-in information: telephone number (877) 848-7030; when prompted, enter Access Code 2004890 followed by #.

---

[1] The parties previously appeared before the undersigned for an initial settlement conference held on January 7, 2021. (ECF Nos. 89. 90). Upon Defendant's Unopposed Motion, the matter was referred for a second settlement conference. *See* (ECF Nos. 139, 140).

By separate order, the Court will facilitate Plaintiff's telephonic participation. A request to vacate or continue this Settlement Conference or otherwise depart from this order shall be done by motion filed with the Court at least 7 days prior to the conference, except in exigent circumstances. Such motions will be granted only for good cause.

Plaintiff has been permitted to proceed in forma pauperis and is therefore entitled to service of process at public expense. *See* (ECF Nos. 7, 51). The United States Marshal shall serve a copy of this Order upon:

Defendant Sergeant Burton
Correctional Officer
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, Florida 33034-6409

Defendant Colonel Green
Correctional Officer
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, Florida 33034-6409

**DONE AND ORDERED** at Fort Lauderdale, Florida on this 13th day of September, 2021.

*Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:  **Antonio L. Green**
981309
New River Correctional Institution
Inmate Mail/ Parcels
PO Box 900
Raiford, FL 32083
PRO SE

**Defendant Franklin Pineda**
Represented by **Melissa Lynn Eggers**
1515 N. Flagler Drive
Suite 900
West Palm Beach, FL 33401
Melissa.eggers@myfloridalegal.com