United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Antonio L. Green, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-22444-Scola |
| | ) | |
| Franklin Pineda et al., Defendants. | ) | |

### Order Referring Case to Volunteer Attorney Program

    This matter is before the Court upon a *sua sponte* review of the record. This matter has been referred to United States Magistrate judge Alicia O. Valle for a second settlement conference scheduled for November 10, 2021. (ECF No. 141). The first settlement conference was held on January 1, 2021 and ended in an impasse. (ECF No. 89). Following the partial grant of the Defendants' motion for summary judgment, the Plaintiff's claims were limited to solely an excessive force claim against Defendant Major Green. (ECF No. 131 at 13).

    The Court believes that the Plaintiff would benefit from volunteer representation and guidance in this case. Accordingly, the Court directs the Clerk to list this case on the Court's website as an opportunity for a local attorney to take on the case pro bono. The Clerk should include the following narrative:

> *Pro se* Plaintiff Antonio L. Green brings this civil rights action under 42 U.S.C. § 1983 against a correctional officer for excessive force. The Plaintiff alleges that on October 25, 2017, while he was incarcerated at Dade Correctional Institution, a correctional officer deliberately orchestrated an assault against him. The assault occurred in a medical examination room while the Plaintiff was restrained. The Court granted the Defendant's unopposed motion for a second settlement conference. The second settlement conference is scheduled before the United States Magistrate Judge for November 10, 2021. A calendar call is scheduled for March 22, 2022 and trial is set for the week of March 28, 2022. If interested, please email FLSD_ProBono@flsd.uscourts.gov.

    If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Guidelines for Volunteer Counsel.

Finally, the Court reminds the parties that this referral in no way halts or delays this case. Up to and until a volunteer attorney accepts his case, or in the event that no representation is accepted, the parties are responsible for complying with all deadlines and Court orders. The Clerk is directed to mail a copy of this order to the Plaintiff.

**Done and ordered**, in chambers, in Miami, Florida, on September 14, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies, via U.S. Mail, to*
Antonio L. Green
981309
New River Correctional Institution
Inmate Mail/Parcels
PO Box 900
Raiford, FL 32083
PRO SE