UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO L. GREEN,

                                        Case No. 19-cv-22444-SCOLA/VALLE

    Plaintiff,

vs.

FRANKLIN PINEDA et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Zachary A. Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Plaintiff Antonio L. Green, and requests that all papers served in this case also be served on him at the email address set forth below.

Dated:  November 2, 2021.

                                                                        Respectfully submitted,

                                                                        **COLSON HICKS EIDSON, P.A.**
                                                                        255 Alhambra Circle, Penthouse
                                                                        Coral Gables, Florida 33134
                                                                        Telephone: (305) 476-7400
                                                                        Facsimile: (305) 476-7444

                                                                        By: s/ Zachary Lipshultz_____
                                                                        Zachary A. Lipshultz
                                                                        Florida Bar No. 123594
                                                                        zach@colson.com

                                                         *Attorney for Plaintiff Antonio L. Green*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served this 2nd day November, 2021, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Zachary Lipshultz
Zachary Lipshultz
