# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

815499
814192

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Dade C.I./ M.H.U. | **Incident Report Number:** | I40A-17-10-89A |
| **Reporting Employee:** | Sergeant Lizandro Rodriguez | **PREA Number:** | |
| **Employee ID Number:** | 79600 | **Date of incident:** | 10/25/2017 |
| **Person(s) Involved:** | Inmate Green, Antonio DC#981309 | **Time of incident:** | 1:18pm |
| | Sergeant Leonard Bain | **Witness(es):** | |

Control Room Log Entry Made: ☒ Yes ☐ No          Disciplinary Report Initiated: ☐ Yes ☒ No
Inmate Placed in Confinement: ☐ Yes ☒ No          Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No  Time: 01:30p    MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☒ Yes ☐ No  Time: 04:09p            Duty Officer Name: White
Supporting Documents Attached: Yes

**DETAILS OF INCIDENT:** On October 25, 2017, at approximately 1:18 pm, I Sergeant Lizandro Rodriguez was present in the Mental Health Unit West Exam Room with Sergeant Leonard Bain while he was conducting his transport duties. Sergeant Bain removed Inmate Green, Antonio DC# 981309 hand and leg restraints to conduct a strip search. Inmate Green became combative and aggressive by pulling away from Sergeant Bain. I gave Inmate Green a verbal order to calm down; to no avail. He then attempted to assault Sergeant Bain by approaching him with closed fists. We gave him verbal orders to cease his actions; to no avail. I then redirected Inmate Green to the wall to gain control of him. Inmate Green continued to resist by moving his body. I gave him an order to cease his actions; to no avail. I then redirected him to the floor. Once he stopped moving his body, Sergeant Bain assisted him to his feet and sat him in the chair. Additional staff responded and I departed the area. I completed a Post Use of Force Physical with no injuries noted.

Sergeant Lizandro Rodriguez
**Reporting Employee's Name (Print)**     **Reporting Employee's Signature**     10/25/2017  **Date**

**Shift Supervisor/ Department Head**

**COMMENT:** Force was used to overcome physical resistance to a lawful command. At approximately 1:19 pm, Officer Levy began the recording with the handheld video camera. At approximately 2:03 pm, Inmate Green's Post Use of Physical was completed by medical staff with the following injury noted: Small bump noted on frontal lobe of forehead. At approximately 2:15 pm, he was secured inside of medical cell I2-103-single pending a scheduled transfer. All involved staff complete a Post Use of Physical; no injuries were noted. At approximately 1:30 pm, Warden Colon was notified of incident. At approximately 4:09 pm, EAC Duty Officer White was notified and issued number EAC-2017-10-29844. Addendum reports attached.

Lieutenant Solangel Roque
**Shift Supervisor's/ Department Head's Name (Print)**     **Shift Supervisor's Signature**     10/25/2017  **Date**

**REVIEW:** Refer to MINS # 815499 and #814192. A 2nd MINS was needed due to allegations made by inmate for staff battery. The use of force appears to be in compliance with the policy and procedures. A review of the documentations and video's were completed and is forwarded for review and disposition. There are procedural violations in the Use of Force. Memorandum attached.

Darlene Green
**Correctional Officer Chief's Name (Print)**     **Correctional Officer Chief's Signature**     10/27/17  **Date**

**REVIEW:** Use of force appears to be incompliance with policy & procedures. Captain Rouey's use of force in his report is excessive and will be handled accordingly. There were no injuries to either staff or inmate with the exception of a forehead lumber and pain in his ribs.

J. Colon
**Warden's Name (Print)**     **Warden's Signature**     10/30/17  **Date**

**DETAILS OF INCIDENT (cont.):**

**SHIFT Supervisor/ Department Head COMMENT (cont.):**

**REVIEW (cont.):** Note: Additional physical was used after the initial Use OF Force by different staff. The additional force was used to overcome physical resistance.

**REVIEW (cont.):**

DC6-210 (Effective 12/12)     Incorporated by Reference in Rule 33-602.210, F.A.C.         Page 2 of 2

Def. Discovery Response 000324