UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-22444-CV-SCOLA

ANTONIO L. GREEN,

    Plaintiff,

v.

FRANKLIN PINEDA, et al.,

    Defendants.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendant, MAJOR (now Colonel) GREEN, through undersigned counsel, files this Motion to file a Sur-Reply to Plaintiff's Motion for Sanctions.

Plaintiff, in his former pro se capacity, filed a motion for Sanctions on August 23, 2021. [ECF 137]. Defendants filed an Opposition on August 1, 2021. [ECF 138]. On November 2, 2021, Counsel for Plaintiff made an appearance in the case. [ECF 148] Plaintiff filed an unopposed Motion for leave to file a Reply, which was granted. [ECF 150, 151] On November 19, 2021, Plaintiff did file his Reply. [ECF 152]

Based upon the facts and legal arguments put forth in the Reply, Defendant seeks to file a Sur-Reply. Plaintiff has consented to the filing of a Sur-Reply.

> Prior to filing this motion [for leave to file a reply], the undersigned conferred with counsel for Defendant and was advised that the motion is unopposed. Mr. Green likewise has no opposition to any later motion by defendant for leave to file a sur-reply to the sanctions motion.

See Plaintiff's Unopposed Motion for Leave to File Reply [ECF 150, ¶9]

Defendant is requesting an extension to December 10, 2021 to file the Sur-Reply as undersigned had previously scheduled leave time from November 25 to December 5, 2021.

Page **1** of **2**

**WHEREFORE**, Defendant, MAJOR GREEN respectfully requests this Court grant her leave to file a Sur-Reply by December 10, 2021.

> Respectfully submitted,
> ASHLEY BROOKE MOODY
> FLORIDA ATTORNEY GENERAL
>
> **Melissa Lynn Eggers**
> MELISSA LYNN EGGERS (Fla. Bar No. 072506)
> Assistant Attorney General
> Melissa.Eggers@myfloridalegal.com
> Office of the Attorney General
> 1515 North Flagler Drive, Suite 900
> West Palm Beach, FL 33401
> (561) 268-5218
> Attorney for Defendant
> MAJOR DARLENE GREEN

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by US Mail specified on November 22, 2021 on all counsel or parties of record on the Service List below.

> *Melissa L. Eggers*
> Melissa L. Eggers
> Assistant Attorney General

**SERVICE LIST**
Zachary Lipshultz, Esq.
Colson Hicks Eidson, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone (305) 476-7400
Fax (305) 476-7444
zach@colson.com
Attorney for Plaintiff, Antonio L. Green